# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE AGUILAR ORANTES, | : | Civil No. 3:18-cv-1037 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| USP-LEWISBURG FOOD ADMINISTRATOR, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 3rd day of June, 2020, upon consideration of the complaint filed pursuant to 42 U.S.C. § 1983, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The action against Defendants USP-Lewisburg Food Administrator, Food Staff Worker, and Medical Department Staff Worker is **DISMISSED** without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge